GRAND LODGE OF GEORGIA F. & A. M. *v.* O'SHIELDS *et al.*

BECK, J. No errors of law are complained of; and there being sufficient evidence to support the verdict, this court will not interfere with the judgment overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur.*

Argued July 21, 1908.—Decided February 11, 1909.

Equitable petition. Before Judge Edwards. Douglas superior court. August 24, 1907.

*J. H. McLarty* and *Roberts & Hutcheson,* for plaintiff in error. *Owens Johnson* and *J. S. James,* contra.